UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL GIDEWON, | : | CASE NO. 14-73717 - CRM |
| | : | |
| Debtor. | : | |

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF LAMBERTH,
CIFELLI, STOKES, ELLIS & NASON, P.A., AS ATTORNEYS FOR TRUSTEE**

COMES NOW S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "Trustee" or "Applicant") for the bankruptcy estate of Michel Gidewon ("Debtor"), and hereby files this Application for Approval of Employment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. as attorneys for Trustee (the "Application"). In support thereof, Trustee shows the Court as follows:

1.      Debtor initiated this case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on December 2, 2014.

2.      Applicant was thereafter appointed and remains the duly acting Chapter 7 trustee in this case.

3.      To administer this case in a proper, efficient, and economical manner, Applicant requires the services of legal counsel.

4.      Applicant shows that it is necessary to retain attorneys to assist Applicant with legal issues regarding the investigation and recovery of various assets, including the pursuit of litigation, if necessary. Specifically, Trustee has identified a potential recovery from debtor's

interest in real property.  Applicant may also require the services of said professionals to assist with other legal matters which may arise during the administration of this case.

5.      Applicant wishes to employ the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. (the "Firm"), 3343 Peachtree Road NE, East Tower, Suite 550, Atlanta, Georgia, 30326, (404) 262-7373, as Applicant's attorneys herein.  Applicant shows that the attorneys practicing with said law firm are admitted to practice in this Court, have knowledge and experience with regard to the matters in which the firm is to be engaged, and are well qualified to represent Applicant.  Included with the Firm's Bankruptcy Rule 2014 Verification, attached hereto as Exhibit "A", is a statement with regard to its current rates and policy regarding reimbursement of expenses.  Applicant anticipates seeking reasonable compensation based upon the recognized factors.  No compensation will be paid by Applicant to said law firm except upon application to and approval by the Bankruptcy Court after notice and hearing as required by law.

6.      To the best of Applicant's knowledge, the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., represents no interest adverse to Applicant, Debtor, or this estate in the matters upon which it is to be engaged, said attorneys are disinterested persons under 11 U.S.C. §101(14) with regard to the matters upon which they are to be engaged, and the appointment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., will be in the best interests of this Bankruptcy Estate, Debtor, creditors, and other parties in interest.

WHEREFORE, Applicant prays for authority to retain and employ the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., in this case for the purposes specified herein above, and that Applicant have such other and further relief as may be just and proper.

This 12 day of January, 2015.

S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road NE, Suite 200
Atlanta, GA 30326

Proposed Attorneys for Trustee:

LAMBERTH, CIFELLI, STOKES,
    ELLIS & NASON, P.A.

By: _____
    J. Michael Lamberth
    Georgia Bar No. 431975
    JML@LCSENLaw.com
    Michael J. Bargar
    Georgia Bar No. 645709
    MBargar@LCSENLaw.com

3343 Peachtree Road, NE, Suite 550
Atlanta, GA 30326
(404) 262-7373
(404) 262-9911 (facsimile)

3

WHEREFORE, Applicant prays for authority to retain and employ the law firm of

Lamberth,  Cifelli, Stokes, Ellis & Nason, P.A., in this case for the purposes specified herein

above, and that Applicant have such other and further relief as may be just and proper.


This 13th day of January, 2015.


Hays Financial Consulting, LLC
3343 Peachtree Road NE, Suite 200
Atlanta, GA 30326

S. Gregory Hays
Chapter 7 Trustee


Proposed Attorneys for Trustee:

LAMBERTH, CIFELLI, STOKES,
    ELLIS & NASON, P.A.

By:   */s/ Michael J. Bargar*
        J. Michael Lamberth
        Georgia Bar No. 431975
        JML@LCSENLaw.com
3343 Peachtree Road, NE, Suite 550         Michael J. Bargar
Atlanta, GA 30326                          Georgia Bar No. 645709
(404) 262-7373                             MBargar@LCSENLaw.com
(404) 262-9911 (facsimile)

3

**EXHIBIT "A"**

**RULE 2014 VERIFICATION WITH REGARD TO
EMPLOYMENT OF ATTORNEYS**

The undersigned hereby declares under penalty of perjury:

1.      I am an associate with the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., a professional association engaged in the practice of law with offices at 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia  30326 (the "Firm").  All attorneys practicing with the Firm are attorneys at law duly admitted to practice in the State of Georgia and in the United States District Court, Northern District of Georgia.

2.      The Firm has been asked to represent Trustee in the bankruptcy case of Michael Gidewon ("Debtor").  To the best of my knowledge, the Firm has no professional, business, or other connection with the aforementioned Debtor, his attorney, creditors, or any party in interest in this case, except as set forth below.  The Firm represents no interest which would be adverse to the estate of Debtor in connection with the matters upon which the Firm is to be engaged. Disclosure is made that the Firm has previously represented and does represent S. Gregory Hays (in his capacity as a bankruptcy trustee) as special or general counsel in unrelated matters.

3.      Attached hereto is the Firm's Resume, describing the Firm's attorneys, current hourly rates, and charges for expenses.

4.      The Firm will not expect nor receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

Dated this 13th day of January, 2015.

By:  */s/ Michael J. Bargar*

Michael J. Bargar
Georgia Bar No. 645709

# LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.

Atlanta Financial Center
3343 Peachtree Road, NE
East Tower, Suite 550
Atlanta, Georgia  30326-1022
(404) 262-7373
(404) 262-9911 (fax)
www.LCSENlaw.com

## FIRM RESUME

*Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.*, a professional association organized in 1972, is engaged in a general civil practice, with emphasis and concentrations in the areas of creditor's rights, bankruptcy and insolvency law, business reorganization, general business, and trial and appellate practice.  The Firm has an "av" rating in the Martindale-Hubbell Law Directory.

Within the framework of its creditor/debtor law and bankruptcy practice, the Firm has substantial experience in the representation of clients in bankruptcy cases, representation of trustees, state court receivers, Chapter 11 Debtor, creditor's committees, and other fiduciaries in business bankruptcy cases.  Members of the Firm have served as Chapter 11 and Chapter 7 Trustees and state court receivers.

The Firm charges a reasonable fee, taking into account the time and value of services rendered.  Currently, time is generally charged at rates ranging from $175 to $495 per hour for attorney time and $110 to $195 per hour for paralegal time.  Other relevant factors taken into account in setting a reasonable fee include the amounts involved and the results achieved in the representation, the novelty and complexity of the issues presented, and any time constraints imposed by the client or the circumstances.  The Firm also charges for expenses incurred in connection with the provision of legal services as set forth in the attached Expense Description.

All attorneys practicing with the Firm are members of the State Bar of Georgia and are admitted to practice before the United States District Court of the Northern District of Georgia. The attached Attorney Resume sets forth the names, qualifications, and proposed hourly rates of the Firm's attorneys.  Each attorney's hourly rate is subject to adjustment in accordance with economic conditions and changes in his or his qualifications, experience, and ability.  The Firm may hire additional associate attorneys, whose hourly rates will be determined in accordance with their qualifications, experience, and ability.

## ATTORNEY RESUME

### Members

**J. Michael Lamberth** ($495.00 per hour). B.E., magna cum laude, Vanderbilt University, 1970; J.D., with distinction, Duke University, 1973.  Admitted to bar, 1974.  Law clerk to: the Honorable Sidney O. Smith, Jr., Chief U.S. District Court Judge for the Northern District of Georgia, 1973-74; the Honorable James C. Hill, U.S. District Court Judge for the Northern District of Georgia, 1974-75; State Bar of Georgia Bankruptcy Section - Member, Board of Directors 1993-1997;   Treasurer 1994-1995;   Vice-Chair, 1995-1996; Chair, 1996-1997. Advisory Committee of the Judicial Conference of the United States, Federal Rules of Bankruptcy Procedure (appointed by the Chief Justice for an additional three year term commencing October 2008).  Director, Southeastern Bankruptcy Law Institute.

**James Craig Cifelli** ($495.00 per hour).  A.B., cum laude, Duke University, 1973; J.D., Vanderbilt University, 1976.  Admitted to bar, 1976.  Speaker at seminars for lawyers and credit managers on topics relating to bankruptcy, enforcement of creditor's rights and collection of accounts.  (Also admitted in Connecticut.)

**Gary D. Stokes** ($375.00 per hour).  A.B., summa cum laude, University of Georgia, 1974; J.D., University of Georgia, 1978.  Admitted to bar, 1978.  Phi Beta Kappa, Phi Kappa Phi.  (Also admitted in South Carolina.)

**G. Frank Nason, IV** ($395.00 per hour). B.A., Vanderbilt University, 1983; J.D., cum laude, Walter F. George School of Law, Mercer University, 1986.  Admitted to bar, 1986.  Member, 1984-85 and Managing Editor Staff, 1985-86, MERCER UNIVERSITY LAW REVIEW; Recipient, American Jurisprudence Award for Property, II.

**Gregory D. Ellis** ($450.00 per hour).  B.S., University of Pennsylvania, 1984; J.D., with distinction, Emory University, 1989.  Admitted to bar, 1989.  C.P.A., licensed in State of New York, 1986.  (Also admitted in New York.)

**Stuart F. Clayton, Jr.** ($360.00 per hour). B.A., University of North Carolina, 1983; J.D., University of North Carolina, 1987.  Admitted to bar, 1989.  Articles Editor, NORTH CAROLINA JOURNAL OF INTERNATIONAL LAW AND COMMERCIAL REGULATION, 1986-87.  (Also admitted in North Carolina.)

### Associates

**Sharon K. Kacmarcik** ($350.00 per hour). B.S., highest honors, University of Illinois, 1988; J.D., with distinction, Emory University, 1991.  Admitted to bar, 1991. Professional Articles Editor, EMORY INTERNATIONAL LAW REVIEW, 1990-91.  Law Clerk to the Honorable Sam B. Hall, Jr., United States District Judge, Eastern District of Texas, 1991-92. (Also admitted in Texas and Illinois.)

**William D. Matthews** ($350.00 per hour). B.S., magna cum laude, University of South Carolina, 1983; J.D., with honors, Duke University, 1986.  Admitted to bar, 1986.  Law clerk to the Honorable W. Homer Drake, Jr., United States Bankruptcy Court, Northern District of Georgia, 1986 - 1989.

**Robert B. Campos** ($275.00 per hour). B.A., Emory University, 1998; J.D. (cum laude) and M.B.A., Georgia State University College of Law and J. Mack Robinson College of Business, 2001.  Admitted to bar, 2002.  Moot Court Board (Nat'l App. Adv'cy and ABA Nat'l App. Adv'cy Teams; Best Overall Advocate, Moot Court Board App. Adv'cy Competition), 1999-2001.  Vice-President, Asian American Law Students Association, 1999-2000.

**Christopher D. Phillips** ($250.00 per hour). B.A., Northwestern University, 1993; J.D., cum laude, University of Georgia School of Law, 2002.  Admitted to bar, 2002.  Recipient, Southeastern Bankruptcy Law Institute Scholarship, 2002.  Law Clerk to the Honorable Judges Davis, Walker, and Dalis, United States Bankruptcy Court for the Southern District of Georgia, 2003-2005.

**Michael J. Bargar** ($175.00 per hour). B.A., Ashland University, 2001; M.B.A., with a concentration in Banking & Finance, Weatherhead School of Management at Case Western Reserve University, 2007; J.D., Emory University, 2010.  Admitted to bar, 2010.  Executive Notes and Comments Editor, EMORY BANKRUPTCY DEVELOPMENTS JOURNAL, 2009-2010.  Emory University School of Law Transactional Law and Skills Certificate, 2010.

## LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.

### Expense Description

Out-of-pocket expenses incurred in connection with the provision of legal services are charged to the client for reimbursement of the amount expended. These charges typically include: court filing fees; court reporting fees for appearances or transcriptions in connection with testimony at hearings, trials, depositions or examinations; record search fees by independent services; out-of-town express courier charges; postage; travel expenses (including lodging and air fare); costs for working luncheons or dinners and out-of-town meals; charges for copies of documents outside the office and applicable certification fees (public records, court documents, opposing counsel charges); and online research (actual cost or, in the case of services available for a flat fee, a charge based on the estimated average cost of the services).

The Firm contracts with an independent courier service for deliveries within the metropolitan Atlanta area. The Firm charges either actual cost per delivery or a pro rated charge based on the estimated cost of the service in the event of multiple deliveries.

The Firm also charges for the following:

Photocopies (10 cents per page)

Long Distance Telephone Toll charges (cost plus nominal administrative charge)

Telecopy Transmissions and Receipts (25 cents per page sent or received)

Local travel (mileage at rates consistent with the then applicable Internal Revenue Code Procedure is 57.5 cents per mile)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing

Application for Approval of Employment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., as

Attorneys for Trustee upon all those parties listed below by depositing same in the U. S. mail in a

properly addressed envelope with adequate postage affixed thereon to assure delivery by first

class mail to:


Office of the U.S. Trustee
Richard B. Russell Federal Building
75 Spring Street, SW, Suite 362
Atlanta, GA  30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road NE, Suite 200
Atlanta, GA 30326

Tyler W. Henderson
Jones & Walden, LLC
21 Eighth Street
Atlanta, GA  30309

Michael Gidewon
1934 North Akin Drive NE
Atlanta, GA  30345


This 13th day of January, 2015.

_/s/ Michael J. Bargar_
Michael J. Bargar
Georgia Bar No. 645709

452186