

**IT IS ORDERED as set forth below:**

**Date: March 9, 2015**

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL GIDEWON, | : | CASE NO. 14-73717-CRM |
| | : | |
| Debtor. | : | |

### ORDER APPROVING EMPLOYMENT OF ATTORNEYS

On January 13, 2015 S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "Trustee"), filed an application for approval of employment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. ("Applicant") as attorneys for Trustee (Doc No. 22) (the "Application"). The Application and accompanying verified statement demonstrate that Applicant is a firm of attorneys qualified to practice in this Court, that Applicant is disinterested and represents no interest adverse to Debtor or the estate. As this case justifies employment of a professional for the purpose specified, it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ Applicant as Trustee's attorney during this Chapter 7 case. It is further

**ORDERED** that compensation shall be paid to Applicant upon notice, hearing and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. In the event any written objections are filed within said period, then a hearing will be held on notice to the objecting party, Applicant, and Trustee.

**[END OF DOCUMENT]**

**Draft order prepared and presented by:**

LAMBERTH, CIFELLI, STOKES,
   ELLIS & NASON, P.A.
Proposed Attorneys for Trustee

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
3343 Peachtree Road, NE, Suite 550
Atlanta, GA  30326
(404) 262-7373

**Identification of parties to be served:**

Office of the U.S. Trustee, Room 362, Richard B. Russell Federal Building, 75 Spring Street SW, Atlanta, GA  30303

S. Gregory Hays, Hays Financial Consulting, LLC, 3343 Peachtree Road, NE, Suite 200, Atlanta, GA 30326

Michael J. Bargar, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road, NE, Suite 550, Atlanta, GA 30326

Tyler W. Henderson, Jones & Walden, LLC, 21 Eighth Street, Atlanta, GA  30309

Michael Gidewon, 1934 North Akin Drive NE, Atlanta, GA  30345